170 A.3d 303

JONATHAN FANNING, PLAINTIFF–MOVANT, v.
TOWNSHIP OF HILLSIDE, DEFENDANT.

June 29, 2017

ORDER

It is ORDERED that the motion for leave to file the motion for reconsideration as within time (M–1361) is granted.